UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRATTEN SHIPPING S.A., *et al.*, | § | |
|    *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-3380 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
|    *Defendants*. | § | |

## ORDER

The individual crew member plaintiffs in this case have filed a motion for new trial (Dkt. 37) and an objection to denial of leave to amend (Dkt. 38). The crew members raise no grounds that warrant reconsideration of this court's prior order denying leave to amend (Dkt. 34). The arguments raised in the instant motion and objection were addressed in the court's memorandum recommending dismissal of the crew members' claims (Dkt. 27), and were raised in plaintiffs' objections to this court's memorandum and recommendation. The district court adopted this court's recommendation (Dkt. 33). It is therefore

ORDERED that plaintiffs' motion for new trial (Dkt. 37) is denied and the objection to denial of leave to amend (Dkt. 38) is overruled.

Signed at Houston, Texas on April 28, 2006.

_____
Stephen Wm Smith
United States Magistrate Judge